**Order entered December 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01181-CV

### JAMES H. GENTRY, Appellant

### V.

### BENJAMIN N. SMITH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellant's November 25, 2019 third motion for extension of time to file motion for en banc reconsideration and rehearing. Because appellant's motion for en banc reconsideration received by the Court on November 12, 2019 contains a verification it was placed into the prison mailbox on October 13, 2019, the motion was timely. Thus, we **DENY** appellant's third motion to extend time to file his motion for en banc reconsideration as moot. As previously noted in our October 10, 2019 order, appellant's request for an extension of time to file a panel rehearing is untimely and to the extent appellant seeks such an extension, it is **DENIED**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE